No. 1796.—Mrs. M. J. Fisher v. Michael Hyland.

On questions of fact, the verdict of the jury is entitled to weight, and will not be disturbed on appeal, unless it is manifestly erroneous.

APPEAL from Fourth District Court of New Orleans. *Théard*, J. *Thomas Hunton*, for plaintiff and appellee. *Buchanan & Gilmore*, for defendant and appellant.

Howe, J. This suit was instituted to recover a sum of money alleged to have been unduly paid by or in behalf of plaintiff to defend- ant. We do not deem it necessary to state the voluminous and con- flicting testimony which is to be found in the record. It appears to, have been established to the satisfaction of the jury before whom the cause was tried, and of the judge *a quo*, who refused a new trial, that the claim of the plaintiff was well founded, and we are not prepared to say that the judgment thus rendered is manifestly erroneous. Denaulo *v.* Nunez, 6 L. 31 ; Orleans Nav. Co. *v.* Allard, 6 L. 492.

It is therefore ordered that the judgment appealed from be affirmed, with costs.

Rehearing refused.

---

No. 2457.—Henry Keenan *v.* W. A. & F. G. Freret.

|  |  |
|---|---|
| 22 | 31 |
| Case 1 | |
| 114 | 375 |

Evidence or affidavits not offered or filed in the lower court can not be filed or noticed in the Supreme Court.

APPEAL from District Court, parish of St. Charles. *Beauvais*, J. *E. Filleul*, for plaintiff and appellee. *Dirrhammer & Kennard*, for defendants and appellants.

Howe, J. The defendants and appellants ask that this cause may be remanded for a new trial, on the ground that they were deprived of their legal rights in the lower court, the plaintiff, they allege, having "disregarded the uniform practice, and violated positive rules of the court, in securing his judgment, as will appear from the record and accompanying affidavits."

We have not permitted the affidavits to be filed, as no new evidence can be received in this court in such a case as this. The record itself does not support the allegations of the appellants. The appellee has prayed for damages.

It is therefore ordered that the judgment appealed from be affirmed, with costs, and with fifty dollars damages for a frivolous appeal.